1  Rodney M. Jean, Nevada Bar No. 1395
   rjean@lionelsawyer.com
2  Robert Hernquist, Nevada Bar No. 10616
   rhernquist@lionelsawyer.com
3  LIONEL SAWYER & COLLINS
   300 South Fourth Street, Ste. 1700
4  Las Vegas, Nevada 89101
   Telephone: (702) 383-8888
5  Facsimile: (702) 383-8845

6  Jay M. Sakalo (*pro hac vice*)
   jsakalo@bilzin.com
7  BILZIN SUMBERG BAENA PRICE & AXELROD LLP
   1450 Brickell Avenue, 23rd Floor
8  Miami, Florida 33131-3456
   Telephone: (305) 375-6156
9  Facsimile: (305) 351-2253

10 *Attorneys for Multibank 2009-1*
   *CML-ADC Venture, LLC*

11

12

13                          **UNITED STATES DISTRICT COURT**

14                                **DISTRICT OF NEVADA**

15  CM CAPITAL SERVICES, LLC, d/b/a
    CONSOLIDATED MORTGAGE f/k/a
16  CONSOLIDATED MORTGAGE LLC                    **Case No. 10-CV-00317-JCM-(LRL)**

17      Plaintiff,                               (Consolidated with Adv. Proceeding 09-01114)

18  vs.

19  STEWART TITLE OF NEVADA; DOES I-
    X; and ROE CORPORATIONS XI-XX,              **STIPULATION REGARDING STATUS**
20  inclusive,                                   **CONFERENCE** AND ORDER SETTING
                                                 STATUS CONFERENCE
21      Defendants.
    _____
22

23  STEWART TITLE OF NEVADA
    HOLDINGS, INC.,
24
        Third-Party Plaintiff,
25
    vs.
26
    FEDERAL DEPOSIT INSURANCE
27  CORPORATION, as receiver for Franklin
    Bank, S.S.B.; DOES I-X; and ROE
28  BUSINESS ENTITIES I through X,

LIONEL SAWYER
& COLLINS
ATTORNEYS AT LAW
1700 BANK OF AMERICA PLAZA
300 SOUTH FOURTH ST.
LAS VEGAS,
NEVADA 89101
(702) 383-8888

|   |   |
|---|---|
| | Third-Party Defendants. |
| | CONSOLIDATED MORTGAGE, a Nevada limited liability company, |
| | Cross-claimant, |
| | vs. |
| | TERRA CONTRACTING, INC.; FEDERAL DEPOSIT INSURANCE CORPORATION, as Receiver for Franklin Bank, S.S.B.; and MULTIBANK 2009-1 CML-ADC VENTURE, LLC, |
| | Cross-Defendants. |

Pursuant to Local Rule 7-1, Plaintiff CM Capital Services, LLC, Defendant/Third Party Plaintiff Stewart Title of Nevada Holdings, Inc., successor by merger to Stewart Title of Nevada, Third Party Defendant/Cross-Defendant Federal Deposit Insurance Corporation, as receiver for Franklin Bank, S.S.B. ("FDIC-R"), Cross-Claimant Consolidated Mortgage and Cross-Defendant Multibank 2009-1 CML-ADC Venture, LLC ("Multibank") and collectively, (the "Parties") hereby stipulate and agree as follows:

1. On December 13, 2010, a telephonic Status Conference was conducted by United States Magistrate Judge Lawrence R. Leavitt. (*See* Doc. No. 33).

2. During the telephonic Status Conference, Magistrate Leavitt and the Parties all agreed that any amendments to the Discovery Plan (Doc. No. 17) necessitated by the consolidation with U.S. Bankruptcy Court Adv. Proceeding 09-01114 (Doc. No. 30) can only be determined after this Court first determines: (a) the order in which the various claims will proceed to trial; and (b) the effect of the bankruptcy court's Order on the FDIC-R's Motion for Summary Judgment, wherein the bankruptcy court (i) denied the FDIC-R's Motion for Summary Judgment as to Cross-Claim One, (ii) bifurcated Cross-Claim One from Consolidated Mortgage's other three cross-claims, and (iii) deferred its determination on the FDIC-R's Motion for Summary Judgment as to Cross-Claims Two, Three and Four until conclusion of the trial on Cross-Claim One. (*See* Order

LIONEL SAWYER
& COLLINS
ATTORNEYS AT LAW
1700 BANK OF AMERICA PLAZA
300 SOUTH FOURTH ST.
LAS VEGAS,
NEVADA 89101
(702) 383-8888

2

1  entered on 1/8/10 in Adversary No. 09-1114, Doc. No. 152).

2     3.   The Parties are all in agreement that the claims in this case should be bifurcated, with Consolidated Mortgage's Cross-Claims against FDIC-R and Multibank adjudicated before those claims by and between CM Capital Services, LLC, Stewart Title of Nevada and FDIC-R.

   4.   Accordingly, the Parties jointly request that this Court conduct a Status Conference as soon as reasonably possible so that these issues may be addressed.

DATED this 14th day of December, 2010

LIONEL SAWYER & COLLINS

By: /s/ Robert Hernquist
   Rodney M. Jean, Nevada Bar No. 1395
   Robert Hernquist, Nevada Bar No. 10616
   300 South Fourth Street, Ste. 1700
   Las Vegas, Nevada 89101

--- AND ---

Jay M. Sakalo (*pro hac vice*)
BILZIN SUMBERG BAENA PRICE & AXELROD LLP
1450 Brickell Avenue, 23rd Floor
Miami, Florida 33131-3456

*Attorneys for Cross-Defendant Multibank 2009-1 CML-ADC Venture, LLC*

DATED this 14th day of December, 2010

MARKUS WILLIAMS YOUNG & ZIMMERMANN, LLC

By: /s/ Jeffrey O. McAnallen
   James T. Markus (*pro hac vice*)
   Jeffrey O. McAnallen (*pro hac vice*)
   Jennifer Salisbury (*pro hac vice*)
   1700 Lincoln Street, Suite 4000
   Denver, CO 80203

-- AND --

Jeffrey S. Sandell (*pro hac vice*)
FDIC, Legal Division, Litigation Section
1601 Bryan St, 15th Floor
Dallas, TX 75201

-- AND --

Jay E. Smith, Nevada Bar No. 1182
Michael B. Wixom, Nevada Bar No. 2812
SMITH LARSEN & WIXOM
Hill Center Business Park
1935 Village Center Circle
Las Vegas, NV 89134

*Attorneys for Third Party Defendant/Cross-Defendant Federal Deposit Insurance Corporation, as Receiver for Franklin Bank S.S.B.*

LIONEL SAWYER
& COLLINS
ATTORNEYS AT LAW
1700 BANK OF AMERICA PLAZA
300 SOUTH FOURTH ST.
LAS VEGAS,
NEVADA 89101
(702) 383-8888

3

| | |
|---|---|
| DATED this 16th day of December, 2010 | DATED this 14th day of December, 2010 |
| FOLEY & LARDNER LLP | WOODS ERICKSON WHITAKER & MAURICE, LLP |

By:  /s/ Patrick T. Wong
   Eileen Ridley (*pro hac vice*)
   Patrick T. Wong (*pro hac vice*)
   Nan Chen (*pro hac vice*)
   555 California Street, Suite 1700
   San Francisco, CA 94104

   --- AND ---

   Peter C. Brown, Nevada Bar No. 5887
   BREMER, WHYTE, BROWN & O'MEARA, LLP
   7670 W. Lake Mead Blvd., #225
   Las Vegas, NV 89128

*Attorneys for Cross-Claimant Consolidated Mortgage, LLC in its cross-claims against Multibank and FDIC-R*

By:  /s/ Aaron R. Maurice
   Aaron R. Maurice, Nevada Bar No. 6412
   Scott R. Taylor, Nevada Bar No. 10245
   1349 Galleria Drive, Suite 200
   Henderson, NV 89014

*Attorneys for Defendant/Third Party Plaintiff Stewart Title of Nevada/Stewart Title of Nevada Holdings, Inc.*

DATED this 14th day of December, 2010

   SHEA & CARLYON, LTD.

By: /s/  Shlomo S. Sherman
   Shlomo S. Sherman, Nevada Bar No. 9688
   71 E. Bridger Avenue, Suite 850
   Las Vegas, NV 89101

*Attorney for Plaintiff CM Capital Services, LLC solely with respect its claims against Stewart Title of Nevada/Stewart Title of Nevada Holdings, Inc.*

IT IS HEREBY ORDERED THIS 17TH DAY OF DECEMBER, 2010.  STATUS CONFERENCE SET FOR JANUARY 4, 2011, AT 10:00 A.M.

_____
UNITED STATES DISTRICT JUDGE

LIONEL SAWYER
& COLLINS
ATTORNEYS AT LAW
1700 BANK OF AMERICA PLAZA
300 SOUTH FOURTH ST.
LAS VEGAS,
NEVADA 89101
(702) 383-8888