**JOINTLY SUBMITTED**

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| CM CAPITAL SERVICES, LLC, d/b/a CONSOLIDATED MORTGAGE f/k/a CONSOLIDATED MORTGAGE LLC | **Case No. 10-CV-00317-JCM-(CWH)** |
| Plaintiff, | (Consolidated with Adv. Proceeding 09-01114) |
| vs. | |
| STEWART TITLE OF NEVADA; DOES I-X; and ROE CORPORATIONS XI-XX, inclusive, | |
| Defendants. | **ORDER** |
| STEWART TITLE OF NEVADA HOLDINGS, INC., | |
| Third-Party Plaintiff, | |
| vs. | |
| FEDERAL DEPOSIT INSURANCE CORPORATION, as receiver for Franklin Bank, S.S.B.; DOES I-X; and ROE BUSINESS ENTITIES I through X, | |
| Third-Party Defendants. | |

|   |   |
|---|---|
| 1 | _____ |
| 2 | CONSOLIDATED MORTGAGE, a Nevada limited liability company, |
| 3 | Cross-claimant, |
| 4 | vs. |
| 5 | TERRA CONTRACTING, INC.; FEDERAL DEPOSIT INSURANCE CORPORATION, as Receiver for Franklin Bank, S.S.B.; and MULTIBANK 2009-1 CML-ADC VENTURE, LLC, |
| 6-8 | Cross-Defendants. |

On October 7, 2011, a hearing was held on (1) Cross-Claimant Consolidated Mortgage's Motion for Summary Judgment on its First Cross-Claim (Doc. 54); (2) Cross-Defendant Multibank 2009-1 CML-ADC Venture, LLC's Motion for Summary Judgment on Consolidated Mortgage's First Cross-Claim (Doc. 60); (3) Cross-Defendant Multibank 2009-1 CML-ADC Venture, LLC's Countermotion for Summary Judgment on Consolidated Mortgage's First Cross-Claim (Doc. 65); (4) Consolidated Mortgage's Evidentiary Objection to the Declaration of Kelley Lee (Doc. 68); and (5) Consolidated Mortgage's Objection to Multibank's Countermotion for Summary Judgment (Doc. 74). Consolidated Mortgage was represented by Eileen R. Ridley and Patrick T. Wong of Foley & Lardner LLP. Multibank 2009-1 CML-ADC Venture, LLC was represented by Rodney M. Jean and Robert Hernquist of Lionel Sawyer & Collins. Additionally, Aaron R. Maurice of Woods Erickson Whitaker & Maurice, LLP appeared on behalf of Defendant/Third Party Plaintiff Stewart Title of Nevada/Stewart Title of Nevada Holdings, Inc. and Jeffrey O. McAnallen of Markus Williams Young & Zimmermann, LLC telephonically appeared on behalf of Third Party Defendant/Cross-Defendant Federal Deposit Insurance Corporation, as Receiver for Franklin Bank S.S.B.

Having considered all the papers and documents on file herein, including all motions, oppositions and replies, together with the evidence presented in support thereof, and good cause appearing therefore, the Court makes the following determinations:

IT IS HEREBY ORDERED THAT Cross-Claimant Consolidated Mortgage's Motion for Summary Judgment on its First Cross-Claim (Doc. 54), Cross-Defendant Multibank 2009-1 CML-ADC Venture, LLC's Motion for Summary Judgment on Consolidated Mortgage's First Cross-Claim (Doc. 60), Cross-Defendant Multibank 2009-1 CML-ADC Venture, LLC's Countermotion for Summary Judgment on Consolidated Mortgage's First Cross-Claim (Doc. 65/72), Consolidated Mortgage's Evidentiary Objection to the Declaration of Kelley Lee (Doc. 68) and Consolidated Mortgage's Objection to Multibank's Countermotion for Summary Judgment (Doc. 74) are all DENIED. Genuine issues of material fact preclude entry of summary judgment in favor of either party.

Dated this 31st day of October, 2011.

_____
UNITED STATES DISTRICT JUDGE

Jointly submitted by:

FOLEY & LARDNER LLP

By: /s/ Patrick T. Wong
   Eileen Ridley (*pro hac vice*)
   Patrick T. Wong (*pro hac vice*)

*Attorneys for Cross-Claimant*
*Consolidated Mortgage, LLC*

-- AND --

LIONEL SAWYER & COLLINS

By: /s/ Robert Hernquist
   Rodney M. Jean, Nevada Bar No. 1395
   Robert Hernquist, Nevada Bar No. 10616

*Attorneys for Cross-Defendant Multibank*
*2009-1 CML-ADC Venture, LLC*