**JOINTLY SUBMITTED**

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| CM CAPITAL SERVICES, LLC, d/b/a CONSOLIDATED MORTGAGE f/k/a CONSOLIDATED MORTGAGE LLC | **Case No. 10-CV-00317-JCM-(LRL)** |
| Plaintiff, | (Consolidated with Adv. Proceeding 09-01114) |
| vs. | |
| STEWART TITLE OF NEVADA; DOES I-X; and ROE CORPORATIONS XI-XX, inclusive, | **STIPULATION AND ORDER TO DISMISS ACTION, WITH PREJUDICE** |
| Defendants. | |
| STEWART TITLE OF NEVADA HOLDINGS, INC., | |
| Third-Party Plaintiff, | |
| vs. | |
| FEDERAL DEPOSIT INSURANCE CORPORATION, as receiver for Franklin Bank, S.S.B.; DOES I-X; and ROE BUSINESS ENTITIES I through X, | |
| Third-Party Defendants. | |
| CONSOLIDATED MORTGAGE, a Nevada limited liability company, | |
| Cross-claimant, | |

vs.

TERRA CONTRACTING, INC.; FEDERAL DEPOSIT INSURANCE CORPORATION, as Receiver for Franklin Bank, S.S.B.; and MULTIBANK 2009-1 CML-ADC VENTURE, LLC,

    Cross-Defendants.

Pursuant to Rule 41 of the Federal Rules of Civil Procedure, Plaintiff/Cross-claimant CM Capital Services, LLC, d/b/a Consolidated Mortgage f/k/a Consolidated Mortgage LLC, Defendant Stewart Title Of Nevada, Third Party Plaintiff Stewart Title Of Nevada Holdings, Inc., Third Party Defendant/Cross Defendant Federal Deposit Insurance Corporation and Cross Defendant Multibank 2009-1 CML-ADC Venture, LLC, by and through their attorneys, hereby stipulate and agree to dismiss this matter in its entirety, with prejudice, each party to bear its own attorneys' fees and costs.

DATED this 22nd day of January, 2013

LIONEL SAWYER & COLLINS

By: /s/ Robert Hernquist
   Rodney M. Jean, Nevada Bar No. 1395
   Robert Hernquist, Nevada Bar No. 10616
   300 South Fourth Street, Ste. 1700
   Las Vegas, Nevada 89101

--- AND ---

Jay M. Sakalo (*pro hac vice*)
BILZIN SUMBERG BAENA PRICE & AXELROD LLP
1450 Brickell Avenue, 23rd Floor
Miami, Florida 33131-3456

*Attorneys for Cross-Defendant Multibank 2009-1 CML-ADC Venture, LLC*

DATED this 22nd day of January, 2013

FOLEY & LARDNER LLP

By: /s/ Patrick T. Wong
   Eileen Ridley (*pro hac vice*)
   Patrick T. Wong (*pro hac vice*)
   Nan Chen (*pro hac vice*)
   555 California Street, Suite 1700
   San Francisco, CA 94104

--- AND ---

Peter C. Brown, Nevada Bar No. 5887
BREMER, WHYTE, BROWN & O'MEARA, LLP
7670 W. Lake Mead Blvd., #225
Las Vegas, NV 89128

*Attorneys for Cross-Claimant Consolidated Mortgage, LLC in its cross-claims against Multibank and FDIC-R*

2

1

2   DATED this 22nd day of January, 2013          DATED this 22nd day of January, 2013

3       MARKUS WILLIAMS YOUNG &                      WOODS ERICKSON WHITAKER &
        ZIMMERMANN, LLC                              MAURICE, LLP
4

5   By: /s/ Jeffrey O. McAnallen                 By:  /s/ Aaron R. Maurice
        James T. Markus (*pro hac vice*)             Aaron R. Maurice, Nevada Bar No. 6412
6       Jeffrey O. McAnallen (*pro hac vice*)        Scott R. Taylor, Nevada Bar No. 10245
        Jennifer Salisbury (*pro hac vice*)          1349 Galleria Drive, Suite 200
7       1700 Lincoln Street, Suite 4000              Henderson, NV 89014
8       Denver, CO 80203
                                                  *Attorneys for Defendant/Third Party Plaintiff
9           -- AND --                             *Stewart Title of Nevada/Stewart Title of
                                                  *Nevada Holdings, Inc.*
10      Jeffrey S. Sandell (*pro hac vice*)
        FDIC, Legal Division, Litigation Section
11      1601 Bryan St, 15th Floor
        Dallas, TX 75201
12
            -- AND --
13
        Michael B. Wixom, Nevada Bar No. 2812
14      SMITH LARSEN & WIXOM
        Hill Center Business Park
15      1935 Village Center Circle
        Las Vegas, NV 89134
16

17  *Attorneys for Third Party Defendant/Cross-
    Defendant Federal Deposit Insurance
18  Corporation, as Receiver for Franklin Bank
    S.S.B.*
19

20                                                DATED this 22nd day of January, 2013

21                                                    SHEA & CARLYON, LTD.

22
                                                  By: /s/  Candace C. Carlyon
23                                                    Candace C. Carlyon, Nevada Bar No. 2666
                                                      701 E. Bridger Avenue, Suite 850
24                                                    Las Vegas, NV 89101

25                                                *Attorney for Plaintiff CM Capital Services, LLC
                                                  solely with respect its claims against Stewart
26                                                Title of Nevada/Stewart Title of Nevada
                                                  Holdings, Inc.*
27

28

3

## **ORDER**

IT IS HEREBY ORDERED that, based upon the foregoing stipulation, this action shall be and hereby is dismissed in its entirety, with prejudice, with each party to bear its own attorneys' fees and costs.

*[signature]*
UNITED STATES DISTRICT JUDGE
DATED: January 30, 2013