**JOINTLY SUBMITTED**

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| CM CAPITAL SERVICES, LLC, d/b/a CONSOLIDATED MORTGAGE f/k/a CONSOLIDATED MORTGAGE LLC | **Case No. 10-CV-00317-JCM-(LRL)** |
| Plaintiff, | (Consolidated with Adv. Proceeding 09-01114) |
| vs. | |
| STEWART TITLE OF NEVADA; DOES I-X; and ROE CORPORATIONS XI-XX, inclusive, | **STIPULATION AND ORDER TO DISMISS ACTION, WITH PREJUDICE** |
| Defendants. | |
| STEWART TITLE OF NEVADA HOLDINGS, INC., | |
| Third-Party Plaintiff, | |
| vs. | |
| FEDERAL DEPOSIT INSURANCE CORPORATION, as receiver for Franklin Bank, S.S.B.; DOES I-X; and ROE BUSINESS ENTITIES I through X, | |
| Third-Party Defendants. | |
| CONSOLIDATED MORTGAGE, a Nevada limited liability company, | |
| Cross-claimant, | |

vs.

TERRA CONTRACTING, INC.; FEDERAL DEPOSIT INSURANCE CORPORATION, as Receiver for Franklin Bank, S.S.B.; and MULTIBANK 2009-1 CML-ADC VENTURE, LLC,

    Cross-Defendants.

Pursuant to Rule 41 of the Federal Rules of Civil Procedure, Plaintiff/Cross-claimant CM Capital Services, LLC, d/b/a Consolidated Mortgage f/k/a Consolidated Mortgage LLC, Defendant Stewart Title Of Nevada, Third Party Plaintiff Stewart Title Of Nevada Holdings, Inc., Third Party Defendant/Cross Defendant Federal Deposit Insurance Corporation and Cross Defendant Multibank 2009-1 CML-ADC Venture, LLC, by and through their attorneys, hereby stipulate and agree to dismiss this matter in its entirety, with prejudice, each party to bear its own attorneys' fees and costs.

| | |
|---|---|
| DATED this 22nd day of January, 2013 | DATED this 22nd day of January, 2013 |
| LIONEL SAWYER & COLLINS | FOLEY & LARDNER LLP |
| By: /s/ Robert Hernquist | By: /s/ Patrick T. Wong |
|    Rodney M. Jean, Nevada Bar No. 1395 |    Eileen Ridley (*pro hac vice*) |
|    Robert Hernquist, Nevada Bar No. 10616 |    Patrick T. Wong (*pro hac vice*) |
|    300 South Fourth Street, Ste. 1700 |    Nan Chen (*pro hac vice*) |
|    Las Vegas, Nevada 89101 |    555 California Street, Suite 1700 |
|    --- AND --- |    San Francisco, CA 94104 |
| |    --- AND --- |
| Jay M. Sakalo (*pro hac vice*) | Peter C. Brown, Nevada Bar No. 5887 |
| BILZIN SUMBERG BAENA PRICE & AXELROD LLP | BREMER, WHYTE, BROWN & O'MEARA, LLP |
| 1450 Brickell Avenue, 23rd Floor | 7670 W. Lake Mead Blvd., #225 |
| Miami, Florida 33131-3456 | Las Vegas, NV 89128 |
| *Attorneys for Cross-Defendant Multibank 2009-1 CML-ADC Venture, LLC* | *Attorneys for Cross-Claimant Consolidated Mortgage, LLC in its cross-claims against Multibank and FDIC-R* |

2

| | | |
|---|---|---|
|1| | |
|2|DATED this 22nd day of January, 2013|DATED this 22nd day of January, 2013|

DATED this 22nd day of January, 2013

    MARKUS WILLIAMS YOUNG & ZIMMERMANN, LLC

By: /s/ Jeffrey O. McAnallen
    James T. Markus (*pro hac vice*)
    Jeffrey O. McAnallen (*pro hac vice*)
    Jennifer Salisbury (*pro hac vice*)
    1700 Lincoln Street, Suite 4000
    Denver, CO 80203

        -- AND --

    Jeffrey S. Sandell (*pro hac vice*)
    FDIC, Legal Division, Litigation Section
    1601 Bryan St, 15th Floor
    Dallas, TX 75201

        -- AND --

    Michael B. Wixom, Nevada Bar No. 2812
    SMITH LARSEN & WIXOM
    Hill Center Business Park
    1935 Village Center Circle
    Las Vegas, NV 89134

*Attorneys for Third Party Defendant/Cross-Defendant Federal Deposit Insurance Corporation, as Receiver for Franklin Bank S.S.B.*

---

DATED this 22nd day of January, 2013

    WOODS ERICKSON WHITAKER & MAURICE, LLP

By: /s/ Aaron R. Maurice
    Aaron R. Maurice, Nevada Bar No. 6412
    Scott R. Taylor, Nevada Bar No. 10245
    1349 Galleria Drive, Suite 200
    Henderson, NV 89014

*Attorneys for Defendant/Third Party Plaintiff Stewart Title of Nevada/Stewart Title of Nevada Holdings, Inc.*

DATED this 22nd day of January, 2013

    SHEA & CARLYON, LTD.

By: /s/ Candace C. Carlyon
    Candace C. Carlyon, Nevada Bar No. 2666
    701 E. Bridger Avenue, Suite 850
    Las Vegas, NV 89101

*Attorney for Plaintiff CM Capital Services, LLC solely with respect its claims against Stewart Title of Nevada/Stewart Title of Nevada Holdings, Inc.*

## **ORDER**

IT IS HEREBY ORDERED that, based upon the foregoing stipulation, this action shall be and hereby is dismissed in its entirety, with prejudice, with each party to bear its own attorneys' fees and costs.

_____
UNITED STATES DISTRICT JUDGE
DATED: January 30, 2013